IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bourdeau, Frantzie

Printed: 02/24/09

Case Number: 08 B 27219
Judge: Wedoff, Eugene R
Filed: 10/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Erie Park Condominium | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 16,415.00 | 0.00 |
| 4. | Kondaur Capital Corporation | Secured | 20,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 95,104.38 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 7,515.28 | 0.00 |
| 7. | Applied Bank | Unsecured |  | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | MCB | Unsecured |  | No Claim Filed |
| 11. | William Emmett | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 139,034.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bourdeau, Frantzie

Printed: 02/24/09

Case Number: 08 B 27219
Judge: Wedoff, Eugene R
Filed: 10/10/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*